David F. Sugerman, OSB #862984
Email: david@sugermandahab.com
Nadia H. Dahab, OSB #125630
Email: nadia@sugermandahab.com
SUGERMAN DAHAB
101 SW Main Street, Suite 910
Portland, Oregon 97204
Telephone: (503) 228-6474
Facsimile: (503) 228-2556

*Attorneys for Plaintiff and the Proposed Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| KRISTINE REIGER, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>ST. CHARLES HEALTH SYSTEM, INC., an Oregon nonprofit corporation, RAY KLEIN, INC., a foreign corporation,<br><br>   Defendants. | Case No. 6:24-cv-00334-MC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**[CLERK'S ACTION REQUIRED]** |

TO:   THE CLERK OF COURT; AND

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jasmin Rezaie-Tirabadi of Terrell Marshall Law Group PLLC hereby withdraws as counsel for Plaintiff in this action. Plaintiff remains represented by Beth E. Terrell and Blythe H. Chandler of the Terrell Marshall Law Group PLLC and David F. Sugerman

NOTICE OF WITHDRAWAL OF COUNSEL - 1

and Nadia H. Dahab of Sugerman Dahab. Copies of all future papers and pleadings shall continue to be served upon the remaining attorneys of record for Plaintiff.

RESPECTFULLY SUBMITTED AND DATED this 27th day of June, 2025.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Jasmin Rezaie-Tirabadi
   Beth E. Terrell, *Admitted Pro Hac Vice*
   Email: bterrell@terrellmarshall.com
   Blythe H. Chandler, *Admitted Pro Hac Vice*
   Email: bchandler@terrellmarshall.com
   Jasmin Rezaie-Tirabadi, *Admitted Pro Hac Vice*
   Email: jrezaie@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103-8869
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   David F. Sugerman, OSB No. 862984
   Email: david@sugermandahab.com
   Nadia H. Dahab, OSB No. 125630
   Email: nadia@sugermandahab.com
   SUGERMAN DAHAB
   101 SW Main Street, Suite 910
   Portland, Oregon 97204
   Telephone: (503)-228-6474
   Facsimile: (503)-228-2556

*Attorneys for Plaintiff and the proposed Class*

CERTIFICATE OF SERVICE

I, Jasmin Rezaie-Tirabadi, hereby certify that on June 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Thomas R. Johnson, OSB No. 010645
>Email: tom.johnson@stoel.com
>Misha Isaak, OSB No. 086430
>Email: misha.isaak@stoel.com
>Alexandra Choi Giza, OSB No. 214485
>Email: Alexandra.giza@stoel.com
>STOEL RIVES LLP
>760 SW Ninth Avenue, Suite 3000
>Portland, Oregon 97205
>Telephone: (503) 224-3380
>
>*Attorneys for St. Charles Health Systems, Inc.*
>
>Robert E. Sabido, OSB No. 964168
>Email: robert@sabidolawll.com
>SABIDO LAW, LLC
>9385 SW Locust Street
>Tigard, Oregon 97223
>Telephone: (971) 302-6236
>
>David M. Schultz, *Admitted Pro Hac Vice*
>Email: dschultz@hinshawlaw.com
>Katelin N. Scolaro, *Admitted Pro Hac Vice*
>Email: kscolaro@hinshawlaw.com
>HINSHAW & CULBERTSON LLP
>151 North Franklin Street, Suite 2500
>Chicago, Illinois 60606
>Telephone: (312) 704-3000
>
>*Attorneys for Ray Klein, Inc.*

DATED this 27th day of June, 2025.

By: */s/* Jasmin Rezaie-Tirabadi
Jasmin Rezaie-Tirabadi, *Admitted Pro Hac Vice*