IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KRISTINE REIGER, | Case No. 6:24-cv-00334-MC |
| Plaintiff, | JUDGMENT |
| v. | |
| ST. CHARLES HEALTH SYSTEM, INC. and RAY KLEIN, INC., | |
| Defendants. | |

MCSHANE, Judge:

Based on the record, this action is dismissed.

IT IS SO ORDERED.

DATED this 17th day of November 2025.

                                              s/Michael J. McShane
                                              Michael J. McShane
                                              United States District Judge

JUDGMENT